IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cynthia Babione, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0555 |
| v. | : | Judge Graham |
| JPMorgan Chase Bank, N.A., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order Cancelling Settlement Week Mediation

The March 8, 2013 joint motion of the parties to cancel the Settlement Week mediation noticed for March 14, 2013 at 3:00 p.m. be cancelled (doc. 14) is GRANTED. The parties are negotiating a resolution of this lawsuit. They anticipate filing a stipulation dismissing this lawsuit within 60 days. The March 2013 Settlement Week mediation is CANCELLED.

If this case is not then dismissed, counsel are DIRECTED to call me (614-719-3370) on or before **May 22, 2013** to set up a telephone conference to let me know the status of their clients finalizing their settlement.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Thomas Tyack, 536 S. High St., Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge